Shanny Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Maria Canales

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CANALES,<br>(XXX-XX-8748)<br>PLAINTIFF,<br>v.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>DEFENDANT. | No. 2:08-cv-00764-FFM<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of ONE THOUSAND DOLLARS and no/100's ($1,000.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 23, 2008

/S/ FREDERICK F. MUMM

_____
HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1